UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANTHEM BE-TRUTH ALLAH,
          Plaintiff,

v.

SUPERINTENDANT JAMIE LAMANNA and
DEPUTY SUPERINTENDENT OF SECURITY
ANTHONY RUSSO,
          Defendants.
------------------------------------------------------------x

**ORDER**

18 CV 8644 (VB)

On November 13, 2019, defendants moved to dismiss the amended complaint in this Section 1983 action. (Doc. #36). That day, defendants served a copy of the motion and all supporting papers on plaintiff, who is proceeding pro se, via regular mail. (See Doc. #36-1).

Plaintiff's opposition to defendants' motion was due December 2, 2019. See Local Rule 6.1(b). To date, no response has been filed.

Accordingly, it is HEREBY ORDERED:

1. The Court sua sponte extends plaintiff's time to oppose defendants' motion to dismiss the amended complaint to January 10, 2020. Defendants' reply, if any, is due January 17, 2020.

2. **If plaintiff fails to respond to the motion by January 10, 2020, the motion will be deemed fully submitted and unopposed.**

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

The Clerk is directed to mail a copy of this Order to plaintiff at the address on the docket.

Dated: December 10, 2019
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1