**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ANTHEM BE-TRUTH ALLAH,

                Plaintiff,            18 **CIVIL** 8644 (VB)

     -against-                      **JUDGMENT**

SUOERINTENDENT JAIE LAMANNA and
DEPUTY SUPERINTENDENT OF SECURITY
ANYHONY RUSSI,
                Defendants.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 27, 2020, Defendants' motion to dismiss is granted; the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore _in forma pauperis_ status is denied for the purpose of an appeal; accordingly, the case is closed.

**DATED:** New York, New York
          April 28, 2020

                                                       **RUBY J. KRAJICK**
                                                       _____
                                                          **Clerk of Court**
                             **BY:**
                                                        _____
                                                          **Deputy Clerk**